AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

United States of America
v.

JONNATHAN ERNESTO SANTOS-FUENTES

*Defendant(s)*

Case No. 8:25MJ186

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 25, 2023 in the county of Sarpy in the District of Nebraska , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 42 U.S.C. § 408(a)(7)(B) | False Representation of a Social Security Number with Intent to Deceive |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

Justin Temperly

*Complainant's signature*

Justin Temperly, SA, HSI

*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 3/21/2025

*Judge's signature*

City and state: Omaha, Nebraska

Michael D. Nelson, U.S. Magistrate Judge

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONNATHAN ERNESTO SANTOS-FUENTES,<br><br>Defendant. | 8:25MJ186 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT FOR THE ARREST OF JONNATHAN ERNESTO SANTOS-FUENTES**

Your Affiant, Justin Temperly, being duly sworn, does depose and state:

**INTRODUCTION AND AGENT BACKGROUND**

1. I, Justin Temperly, am a Special Agent (SA) with the United States Department of Homeland Security Immigration and Customs Enforcement Homeland Security Investigations (hereinafter "HSI"). I have been employed with this agency since January 2024. HSI agents are authorized to investigate violations found in Titles 8, 18, 19 (Customs), and Title 42 of the United States Code.

2. I am aware of the information set forth below through personal investigation, as well as discussions with other HSI investigators and SYS-KOOL LLC personnel.

**PROBABLE CAUSE**

3. On February 10, 2025, HSI Omaha Auditor Terri Schweiger received all Employment Eligibility Verification forms, also known as Forms I-9, along with supporting documents on all current employees working at SYS-KOOL LLC in the state of Nebraska. Immigration and Nationality Act section 274A(b) refers to the Employment

Verification System and requires an employer to verify that an individual seeking employment is not an unauthorized alien by examining certain identification documents provided by the individual seeking employment. The documents provided by the individual seeking employment are recorded on the Form I-9.

4. Auditor Schweiger received and reviewed the Forms I-9 from SYS-KOOL LLC. Several of the Forms I-9 were discovered to be suspect. This determination was made due to Social Security Numbers returning associated to another individual, an individual who resided in another state, or not belonging to anyone.

5. One such Form I-9 was completed in the name of an individual using the name Alias 1 and signed and dated on September 25, 2023. On the Form I-9, JOHN DOE, using the name Alias 1, attested that he was a Citizen of the United States by checking the appropriate box on the form. JOHN DOE, using the name Alias 1, presented to SYS-KOOL LLC a Social Security card bearing the name Alias 1 and the Social Security number xxx-xx-8541 and a State of California Department of Motor Vehicles driver's license bearing the name Alias 1 and associated number #A4857652.

6. On February 19, 2025, your Affiant completed and served an Administrative Subpoena to SYS-KOOL LLC requesting additional documents, including all employee photographs. Your Affiant received those documents back on February 24, 2025.

7. On February 26, 2025, your Affiant sent the employee photo of Alias 1 to HSI Criminal Analyst Jamin Whitehead, requesting assistance with facial recognition. On February 27, 2025, your Affiant received a facial recognition hit back showing it associated to the same individual, Alias 1, with associated A# 245204339.

8. On February 28, 2025, your Affiant conducted a record check via NLETS of the California Identification Card number. The record check returned showing it associated to an individual with the initials D.E.N. Your Affiant contacted HSI SA Andrew Mundy, assigned to HSI San Francisco, and requested his assistance with California driver's license photos. Your Affiant later received a photo associated with the California driver's license number. This photo depicted a female and did not match the employee photo SYS-KOOL LLC provided.

9. On February 28, 2025, your Affiant verified with the Social Security Administration that the Social Security number xxx-xx-8541 did not belong to Alias 1.

10. On February 28, 2025, your Affiant sent the information he had on Alias 1 to United States Citizenship and Immigration Services (USCIS) Immigration Officer (IO) James Nord, requesting assistance in locating any additional information. Utilizing the A#, FIN, and facial recognition photo, IO Nord advised your Affiant that the individual named Alias 1 is a citizen of El Salvador. He also advised that the individual using the name Alias 1 was initially encountered by U.S. Customs and Border Patrol (CBP) on September 11, 2023, as part of a family crossing near Eagle Pass, TX. IO Nord advised the photo Jamin Whitehead provided was from this encounter. During the encounter, the individual using the name Alias 1 was issued a Notice to Appear (NTA). As of March 4, 2025, the NTA date was May 8, 20245.

11. On Friday, March 21, 2025, your Affiant and other Special Agents and Immigration Officers encountered the individual using the name Alias 1 in the District of Nebraska. During the encounter the individual using the name Alias 1 was asked to produce documents verifying his status as an Untied States Citizen. At that time, the

individual using the name Alias 1 was unable to do so and was criminally arrested, based upon probable cause, for a suspected violation of 42 U.S.C. § 408. The individual using the name Alias 1 was transported to Enforcement and Removal Operations office, 1717 Ave H Omaha, NE, for processing. During processing, the individual using the name Alias 1's fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared the fingerprint impressions to fingerprint impressions maintained in the database relating to persons previously arrested by the Department of Homeland Security (DHS) or other law enforcement agencies. This comparison revealed the individual using the name Alias 1 had been arrested by Customs and Border Patrol on September 10, 2023, under the name Jonnathan Ernesto Santos-Fuentes, DOB: March 19, 1996.

12. As a result of the positive match of fingerprints, your Affiant was able to positively identify the person who is described above as JOHN DOE, using Alias 1, as Jonnathan Ernesto SANTOS-FUENTES and locate a unique alien registration file (A245204339) relating to this individual.

13. Jonnathan Ernesto SANTOS-FUENTES' alien registration file contains photographs, fingerprints, and immigration documents identifying them as a citizen or national of El Salvador.

14. A search of DHS indices failed to produce any current record showing an application had been made for the defendant to lawfully enter or be lawfully admitted into the United States.

15. It has been your Affiant's prior investigative experience that undocumented alien employees at similar businesses procure false identification

documents and falsely claim U.S. citizenship in order to obtain employment in the United States.

16. Based on these facts, your Affiant has reason to believe Jonnathan Ernesto SANTOS-FUENTES presented fraudulent identification documents to satisfy the requirements of Form I-9 to obtain employment in violation of Title 18, United States Code, Section 1546(a) (fraud and misuse of visas, permits, and other documents). Further, your Affiant has reason to believe Jonnathan Ernesto SANTOS-FUENTES falsely represented a Social Security number to be his employer, in violation of Title 42, United States Code, Section 408(a)(7)(B). Additionally, your Affiant has reason to Jonnathan Ernesto SANTOS-FUENTES falsely represented himself to be a U.S. Citizen, in violation of Title 18, United States Code, Section 911.

Your Affiant declares under the penalty of perjury that the foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

Justin Temperly
Justin Temperly
Special Agent
Homeland Security Investigations

Sworn to before me and subscribed by telephone or other reliable electronic means this 21st day of March, 2025.

MICHAEL D. NELSON
U.S. Magistrate Judge
United States District Court